Alvin PONSON, Jr., Plaintiff–
Appellant,

v.

William FILBERT, Warden; Eugene M.
Nuth, Warden; Asresahegn Getachew,
MD, EMS; Vincent Okeke, Doctor,
EMS; any unknown Defendants, De-
fendants–Appellees.

No. 01–6495.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Alvin Ponson, Jr., pro se. John Joseph
Curran, Jr., Attorney General, Sharon
Stanley Street, Assistant Attorney Gener-
al, Baltimore, MD; Donald Joseph Craw-
ford, Godard, West & Adelman, P.C.,
Rockville, MD, for appellees.

Before WILKINS, LUTTIG and
TRAXLER, Circuit Judges.

PER CURIAM.

Alvin Ponson, Jr., appeals the district
court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2000) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. See
Ponson v. Filbert, No. CA–00–2033–L
(D.Md. Mar. 21, 2001). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

AFFIRMED.